# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| YOUNG BROTHERS, LLC, A Hawaii Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>T/B HOKULANI, OFFICIAL NUMBER 575737, *IN REM*, and Hamilton Marine Construction, LLC, An Alaska Limited Liability Company<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 2:21-cv-00105<br><br>**ORDER FOR ISSUANCE OF WARRANT OF ARREST IN REM AND TO SEIZE PROPERTY** |

Considering the foregoing Verified Complaint and Verification filed herein, and upon determination that the conditions set forth in Supplemental Admiralty Rule D have been met,

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court issue a Warrant for the Arrest of the T/B HOKULANI, official number 575737, her engines, rigging, bunkers, tackle equipment, furnishings and other appurtenances (the "Vessel") which is currently located at within the Western District of Washington;

2. The United States Marshal for the Western District of Washington seize the Vessel;

3. In executing such seizure, the United States Marshal is authorized to order the crew of the Vessel to navigate the Vessel from waters within the Western District of

ORDER FOR ISSUANCE OF
WARRANT OF ARREST IN REM AND
TO SEIZE PROPERTY - 1

Washington to a dock, wharf, or similar structure where the Vessel can be safely boarded by the United States Marshal;

4. Serve a copy of the Verified Complaint and Warrant for seizure upon the person in possession of the Vessel or his agent;

5. Return the Warrant promptly;

6. The Vessel shall not depart the Western District of Washington while under arrest. However, the Vessel may perform limited movement within the Port of its arrest and it may shift berths to perform repairs and cargo operations;

7. Plaintiff, Young Brothers, LLC agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Dated this 29th day of January, 2021

*Barbara J. Rothstein*
_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER FOR ISSUANCE OF
WARRANT OF ARREST IN REM AND
TO SEIZE PROPERTY - 2