1
2
3
4
5

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YOUNG BROTHERS, LLC, A Hawaii Limited Liability Company<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>T/B HOKULANI, OFFICIAL NUMBER 575737, *IN REM*, and Hamilton Marine Construction, LLC, An Alaska Limited Liability Company<br><br>　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. Case No. 2:21-cv-00105<br><br>**ORDER FOR MOTION  TO DISMISS AND RELEASE ARREST** |

Considering the foregoing Motion to Dismiss and Release Arrest filed herein, and upon determination that the conditions set forth in Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and this Court's Local Admiralty Rules have been met,

**IT IS HEREBY ORDERED** that:

1. T/B HOKULANI, Official Number 575737, in rem, and Hamilton Marine Construction, LLC, are dismissed without prejudice,

2. The arrest of T/B HOKULANI is lifted;

3. The U.S. Marshal for the Western District of Washington is to release the T/B HOKULANI from seizure.

ORDER FOR MOTION
TO DISMISS AND RELEASE ARREST - 1

Dated this 10th day of January, 2021

*Barbara J. Rothstein*
_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER FOR MOTION
TO DISMISS AND RELEASE ARREST - 2